UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIZAN ILTAF,<br><br>               Petitioner,<br><br>v.<br><br>JEREMY CASEY; et al.,<br><br>               Respondents. | Case No.:  26-CV-2283 JLS (MMP)<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS**<br><br>(ECF No. 1) |

Presently before the Court is Petitioner Faizan Iltaf's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  Also before the Court are Respondents' Response to Petition ("Ret.," ECF No. 4) and Petitioner's Traverse Supporting Petition for Writ of Habeas Corpus ("Traverse," ECF No. 5).  Petitioner, a citizen of Pakistan, alleges that he has been detained by the United States Department of Homeland Security's ("DHS") Immigration and Customs Enforcement ("ICE") division at the Imperial Regional Detention Center since November 18, 2024.  Pet. ¶ 33.  Petitioner has been detained for seventeen months.  *Id.*

Respondents "acknowledge[] that courts in this District have repeatedly inferred a constitutional right against prolonged mandatory detention," and therefore, "concede[] that this Court should order that Petitioner receive a bond hearing, where the government would

26-CV-2283 JLS (MMP)

bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." Ret. at 2.

Accordingly, as Respondents do not oppose providing a bond hearing in this matter, the Court **GRANTS IN PART** Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1), and **ORDERS** Respondents to provide Petitioner with an individualized bond hearing within <u>fourteen (14) days</u> before a neutral immigration judge in which the government bears the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk if released. If no hearing occurs within fourteen days of this Order, Petitioner shall be released from Respondents' custody. The Parties **SHALL FILE** a Joint Status Report by <u>May 22, 2026</u>, informing the Court of the outcome of the hearing. As this concludes the litigation in this matter, the Clerk of Court **SHALL CLOSE** the file.

IT IS SO ORDERED.

Dated: May 1, 2026

Hon. Janis L. Sammartino
United States District Judge

2

26-CV-2283 JLS (MMP)